UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MISIEWICZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARRY TREADWELL, *et al.*, ) <br> ) <br> Defendants. ) <br> / | 2:13-cv-01055-JCM-NJK <br><br> **ORDER** |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (ECF No. 1). This matter has not been properly commenced because plaintiff submitted incomplete financial paperwork. First, plaintiff has failed to use the proper form for filing an *in forma pauperis* application in this court. Second, under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, plaintiff must attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff has failed to submit an inmate account statement for the past six months; instead, he has submitted an inmate account statement for only the past month. (ECF No. 1-1, at p. 4). Without the complete printout showing daily account activity over the full six-month period, the court is unable to assess whether the current balance on the financial certificate is representative of petitioner's ability to pay. The court is unable to see, *inter alia*, the regularity and

1  amount of any incoming funds as well as the extent to which petitioner is making discretionary
2  expenditures that instead could be applied to payment of the filing fee.  Finally, plaintiff has failed to
3  submit a proper financial certificate signed by an authorized prison official.  The court will direct the
4  clerk to send plaintiff the proper forms so that he may re-file an action with the proper forms and the
5  required documents.

6  **IT THEREFORE IS ORDERED** that the application (ECF No. 1) to proceed *in forma*
7  *pauperis* is **DENIED** and that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of
8  a new complaint in a new action with a properly completed pauper application with all new and
9  complete financial attachments in compliance with 28 U.S.C. § 1915(a).

10  **IT FURTHER IS ORDERED** that all pending motions are **DENIED.**

11  **IT FURTHER IS ORDERED** that the clerk of the court shall send plaintiff two copies of an
12  *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies
13  of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.
14  The clerk shall also send plaintiff a copy of the complaint and all documents submitted in this action,
15  at ECF No. 1.

16  **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
17  application in a new action, but he may not file further documents in this action.

18  **IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

19  **IT IS FURTHER ORDERED** that this court **CERTIFIES** that any *in forma pauperis*
20  appeal from this order would **not** be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

21  Dated this  18th  day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE